IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

DALTON THEBEAU                                                    PLAINTIFF

Vs.                                         CIVIL ACTION NO. 3:23-cv-00522-HTW-LGI

MERCURY AIR CENTER, LLC
AND JOHN AND JANE DOES 1-10                                      DEFENDANTS

### INTERVENER COMPLAINT

Come now the Plaintiffs-Interveners, Swift Air, LLC, (hereinafter, "Swift Air"), and

Starr Indemnity & Liability Company, Swift Air's Workers' Compensation Insurance

Carrier, (hereinafter, "Starr") and file this, their Intervener Complaint against the

Defendants, and would show as follows:

I.

The Plaintiff-Interveners do hereby adopt and incorporate herein by reference, as if

fully reproduced in words and figures, all of the allegations of the Plaintiff's Complaint

filed in the above styled and numbered cause.

II.

At the time of the accident alleged in the Plaintiff's Complaint, the Plaintiff was

employed by the Plaintiff-Intervener, Swift Air. The Plaintiff has made claims against the

1

Plaintiff-Interveners for his injuries as alleged in the Complaint, pursuant to the *Mississippi Workers' Compensation Act*, and, to date, the Plaintiff-Interveners have paid to or on behalf of the Plaintiff the sum of Seventy-Six Thousand Five Hundred Ninety-Five and 40/100 Dollars ($76,595.40) in Workers' Compensation benefits and medical expenses incurred by the Plaintiff as a result of his injuries.   Pursuant to Section 71-3-71 of the 1972 *Mississippi Code*, the Plaintiff-Interveners are entitled to recover from the Defendants the sum of Seventy-Six Thousand Five Hundred Ninety-Five and 40/100 Dollars ($76,595.40), plus such additional sums as may have been paid by the Plaintiff-Interveners at the time of the rendition of a judgment in this case.

**WHEREFORE, PREMISES CONSIDERED,** Plaintiff-Interveners demand judgment against the Defendant for the sum of Seventy-Six Thousand Five Hundred Ninety-Five and 40/100 Dollars ($76,595.40), plus such additional payments as may have been made by the Plaintiff-Interveners at the time of rendition of a judgment in this cause, interest, and all costs incurred herein.

Respectfully submitted,

This, the 6th day of September, 2023,

By: */s/ James C. Helveston*
James C. Helveston

EDWARDS, STOREY, MARSHALL
& HELVESTON, LLP
Attorneys at Law
P. O Box 835
West Point, MS  39773
Phone No. (662) 494-5184
Fax No. (662) 494-4836
jch@esmhe.net

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and exact copy of the foregoing Intervener Complaint has been served upon the following attorneys by delivering a true and exact copy to the offices of said counsel or by placing a copy in the United States mail addressed to said counsel at office with sufficient postage to carry it to its destination.

Honorable Benjamin Seth Thompson
Maggio Thompson, LLP
Attorney for the Plaintiff
1227 East Fortification Street
Jackson, MS 39202
seth@mtlawms.com

Honorable Ben Thomas Woodhouse
Honorable Ericson W. Enger
Wilson Elser Moskowitz Edelman & Dicker
Attorneys for the Defendant, Mercury Air Center, LLC
1400 Meadowbrook Road; Suite 100
Jackson, MS 39211
Ben.woodhouse@wilsonelser.com
Ericson.Enger@wilsonelser.com

This, the 9th day of November, 2023.

By: */s/ James C. Helveston*
James C. Helveston