# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
### NORTHERN DIVISION

**DALTON THEBEAU**                                                               **PLAINTIFF**

**vs.**                                             **CIVIL ACTION No.: 3:23-CV-522-HTW-LGI**

**MERCURY AIR CENTER, LLC;**
**and JOHN AND JANE DOES 1-10**                                      **DEFENDANTS**

## ORDER OF DISMISSAL

On February 8, 2024, the parties herein advised this court that they have reached a settlement of all pending claims in this matter. The parties, further, advised this court that "Plaintiff's counsel is currently seeking approval from the Workers' Compensation Commission." This court being desirous that this matter be finally closed on its active docket, hereby:

ORDERS that this case is hereby dismissed without prejudice. The parties shall submit a Final Agreed Judgment within sixty (60) days of this Order.

If any party fails to consummate this settlement within sixty (60) days of this Order, any aggrieved party may reopen the case for enforcement of the settlement agreement and, if successful, all additional attorney fees and costs from the date of this Order shall be awarded such aggrieved party or parties against the party failing to consummate the agreement.

The parties may request additional time to finalize the settlement agreement, if they are unable to do so within the allotted sixty (60) days. The Court specifically retains jurisdiction to enforce the settlement agreement.

**SO ORDERED AND ADJUDGED this the 24th day of April, 2024.**

                                                  **/s/HENRY T. WINGATE**
                                                  **UNITED STATES DISTRICT COURT JUDGE**